6.13.2018

(1)

**ORIGINAL**

APPELLATS

LIBi HERZ ESTHER HERZ   U. S. DiSTRiCT   COURT
18 CV 2991   EASTERN DiSTRICT OF New-york (Brookyn)
(RRM)

DeaR H. JUDGe RoslyNN R. MaUSKoPF
cause: 28 1334 BaNkRUPTCY APPel

1142921 case No. iN The BANkRUPTCY COURT

RECEIVED JUN 13 2018 PRO SE OFFICE



ALL The cases was removed
By H. JUDGe carla E. cRaig 3-4 yeaRS
we was iN COURT The JUDGe
expuNgeD The claims but They
AlreaDy recieveD $58.000 FoR This
case FoRm SiLeRmaN EState ON
1. 2018. The TRusTee PaiD
TO CHASe ON 6.1 2018 I wheN
I maDe The APPeal   5 moNTS !!
CHASe DO NOT weNT The PaimeND.
The JUDGe C.fcraig iN The scriP
She NoTeT That she will keeP close
eye ON The AccaiNTiNg !!
iT iS FoR 2 ABUT $1000 FoR The credit
carD That was removeD ON 4.18.2011
See (5.26.2015) The have ABUT $58.000 !!
we waNT my Fees aND expeNses
ASSOciateD WiTh This LiTgaTioN ReimbUReD
By The TRuSTee aND The ATToRNey MR. M.SOLOMON
iN The SCRiPT she PRomiseD maNy Time.
FiLED ON. 5.21.2018 (6.1.2018)

I AM pro s. I hope The H. JUDGE
WILL CONSIDERED This case and Appeal

see PROOFS OF The TRANSCRIPT
my DOTHER LIBI HERZ iN Frail Health

Thank you

ESTER HERZ    E HERZ
1148 E 10 ST.  BRooKLY
NY. 11230
TL. 3475257229

C.C.   Moshie Solomon
       Richard O'CONNELL

Exhibit A

exempt, abandoned and/or outside of any applicable statute of limitations to be considered an asset of the debtor's estate.

4.    Furthermore, as there are little to no claims against the debtor's estate I believe this acquisition of these funds is an exercise to line the pockets of the Chapter 7 trustee as to administration expenses to be billed against the debtor's estate.

5.    I am in frail health and I believe we are being taken advantage as there is no debts of the estate to be truly administered. I want my fees and expenses associated with this litigation reimbursed by the trustee.

**WHEREFORE**, your affirmant respectfully requests an order expunging Claim #6 and Claim #7 filed by Chase Bank USA, N.A. and an Order altering and amending the June 9, 2015 Order of this Court and staying the transfer of the subject assets until this motion is resolved, together with any other and further relief that this court deems just and proper

E. HERZ

ESTHER HERZ

Sworn to before me this
12 day of June, 2017

Notary Public

DIANA _____
Notary Public - State of New York
NO. 01YA5135166
Qualified in Kings County
My Commission Expires Oct 17, 2017

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------

In Re:

DAVID HERZ

Debtor.
-----------------------------------------------------------

AFFIDAVIT IN SUPPORT

Chapter 7

Case No. 11-42921-CEC

STATE OF NEW YORK   }
                    } ss.:
COUNTY OF KINGS     }

ESTHER HERZ, being duly sworn and under the penalties of perjury

deposes and says:

1.      I am the widow of the debtor in the above entitled bankruptcy proceeding

and as such I am familiar with the facts and circumstances of this action. I make this

affidavit in support of the instant motion objecting to the proofs of claim filed by Chase

Bank USA, N.A. and to reconsider the June 9, 2015 Order.

2.      I have reviewed the proofs of claim submitted by this Creditor. I object to

the debt.  Furthermore, pursuant to my previous attorney's communications with Chase it

is purported that Chase no longer has a claim on its credit cards which is the basis for its

proof of claim. Neither Chase nor other creditors made claims against my husbands estate

before the Trustee gave them notice.

3.      I object to the inheritance funds held by Peter Robert Alfred Birchwood as

Trustee for the Estate of Ellen Ruth Silberman being transferred to the Chapter 7 trustee,

Richard E. O'Connell.  In 2014 I was contact by the trustee and he demanded $100,000

or he would reopen my case and make my life miserable. I believe these funds to be

ROSENBERG, MUSSO & WEINER, LLP
*Attorneys At Law*

BRUCE WEINER
ROBERT J. MUSSO

LOUIS P. ROSENBERG
(1908-1997)

ROBERT NADEL

26 COURT STREET
SUITE 2211
BROOKLYN, N.Y. 11242

(718) 855-6840
FAX NO. (718) 625-1966

Email: rmwlaw@att.net

May 8, 2015

**Fax Only: (866) 643-9628**

Chase Bank
Correspondence Dept.

Re:   **David Herz**
      **Bankruptcy Case #: 14-42921**

Dear Madam/Sir:

This office represents Esther Herz, the widow of David Herz.  I also now represent Mrs. Herz in her husband's bankruptcy case.  Last night I had lengthy phone conversations with Matt, Will and Amal of Chase.  Amal suggested I send this letter as the legal representative.  David Herz filed chapter 7 bankruptcy on April 8, 2011.  Mr. Herz died on January 4, 2013 ( copy of death certificate Ex. 1).  Chase filed proof of claim #6 on February 23, 2015 (Ex. 2) and claim #7 on February (Ex. 3).  Chase did not learn of Mr. Herz's death until recently – a time after Chase filed the claims in the bankruptcy case.

Mrs. Herz has been advised that due to her husband's death, Chase no longer has a claim on its credit cards, which was the basis for the proofs of claim.

With this letter Esther Herz is requesting Chase declare its claim a nullify and withdraw the proofs of claims filed in the bankruptcy court.

Mrs. Herz appreciates the actions of Chase to resolve this matter.

Very truly yours,

Robert J. Musso

RJM:cc

cc:   Esther Herz

Cardmember Service
Post Office Box 15298
Wilmington, DE 19850-5298
1-800-436-7937



05/26/2015

ESTHER HERZ
1148 E 10TH ST
BROOKLYN NY 11230

RE: 426690203602XXXX  (2687)

Dear Esther Herz:

This letter is confirmation that you have been removed from the credit card
account indicated above. This change was effective on April 18, 2011.

If you have additional questions, please call us at the toll-free number noted
above. For your convenience, we are available 24 hours a day to assist you.

Sincerely,

Kristi Carnnahan
Senior Servicing Specialist





Cardmember Service
Post Office Box 15298
Wilmington, DE 19850-5298
1-800-436-7937



05/26/2015

ESTHER HERZ
1148 E 10TH ST
BROOKLYN NY 11230

RE: 418582171723XXXX *(8123)*

Dear Esther Herz:

This letter is confirmation that you have been removed from the credit card account indicated above. This change was effective on April 13, 2011.

If you have additional questions, please call us at the toll-free number noted above. For your convenience, we are available 24 hours a day to assist you.

Sincerely,

Kristi Carnnahan
Senior Servicing Specialist

4.    Furthermore, as there are little to no claims against the debtor's estate I believe this acquisition of these funds is an exercise to line the pockets of the Chapter 7 trustee as to administration expenses to be billed against the debtor's estate.

5.    My mother is in frail health and I believe we are being taken advantage as there is no debts or assets of the estate to be truly administered.

**WHEREFORE**, your affirmant respectfully requests an order expunging Claim #6 and Claim #7 filed by Chase Bank USA, N.A. and an Order altering and amending the June 9, 2015 Order of this Court and staying the transfer of the subject assets until this motion is resolved, together with any other and further relief that this court deems just and proper.

LIBI HERZ

Sworn to before me this
12 day of June, 2017

Notary/Public

DIANA YANOVITSKY
Notary Public - State of New York
NO. 01YA6135186
Qualified in Kings County
My Commission Expires Oct 17, 2017

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------
In Re:

DAVID HERZ

               Debtor.
------------------------------------------------------------

AFFIDAVIT IN SUPPORT

Chapter 7

Case No. 11-42921-CEC

STATE OF NEW YORK  }
                  } ss.:
COUNTY OF KINGS   }

     LIBI HERZ, being duly sworn and under the penalties of perjury

deposes and says:

     1.    I am the administratrix of the debtor's estate in the above entitled

bankruptcy proceeding and as such I am familiar with the facts and circumstances of this

action. I make this affidavit in support of the instant motion objecting to the proofs of

claim filed by Chase Bank USA, N.A. and asking to reconsider the June 9, 2015 Order.

     2.    I have reviewed the proofs of claim submitted by this Creditor. I object to

the debt. Furthermore, pursuant to my previous attorney's communications with Chase it

is purported that Chase no longer has a claim on its credit cards which is the basis for its

proof of claim.

     3.    I object to the inheritance funds held by Peter Robert Alfred Birchwood as

Trustee for the Estate of Ellen Ruth Silberman being transferred to the Chapter 7 trustee,

Richard E. O'Connell. I believe these funds to be exempt, abandoned and/or outside of

any applicable statute of limitations to be considered an asset of the debtor's estate.



**Exhibit "B"**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

DAVID HERZ,

                             Debtor.
-------------------------------------------------------x

Chapter 7
Case No. 11-42921 (CEC)

## ORDER DIRECTING TURNOVER OF ESTATE PROPERTY

Upon the motion, dated March 24, 2015 (the "Motion"), of Richard E. O'Connell,

Chapter 7 Trustee for the estate (the "Estate") of David Herz (the "Debtor"), for entry of an order

pursuant to 11 U.S.C. §§ 541(a) and 542(a) directing Peter Robert Alfred Birchwood as Trustee for

the Estate of Ellen Ruth Silberman (the "Silberman Estate") to turn over to the Trustee certain

property of the Estate; and it appearing that the relief requested in the Motion is appropriate and

warranted under the circumstances set forth in the Motion; and this Court having considered the

Motion and the exhibits attached thereto; and a hearing on the Motion having been held before

this Court on May 28, 2015 and the record thereof; and all objections to the Motion having being

heard by this Court and overruled;

NOW THEFERFORE,

IT IS ORDERED, that Peter Robert Alfred Birchwood as Trustee for the Estate of

Ellen Ruth Silberman be and hereby is directed to turn over and remit any and all funds that the

Debtor is entitled to receive from the Silberman Estate directly to Richard E. O'Connell as

Chapter 7 Trustee for the Estate of David Herz.



Dated: Brooklyn, New York
       June 9, 2015

_____
Carla E. Craig
United States Bankruptcy Judge

ORDERED, that the Law Offices of Moshie Solomon, P.C., Attorney for the Trustee, is awarded attorney's fees and reimbursement of expenses in the respective amounts of $42,560 and $250.18.



Dated: Brooklyn, New York
      May 4, 2018

Carla E. Craig
United States Bankruptcy Judge

3

EASTERN DISTRICT OF N.Y.

UNITED STATES
DISTRICT COURT

18 / CV / 2991

SUN-23908 0207-1 pdf000 11-42921
David Herz
1148 East 10th Street
Brooklyn, NY 11230

041415  41415 1 MB 0.421  11230  2 4  8559-1-41669

Libi & Esther Herz
1148 E 10 St
Brooklyn NY 11230-4706

041415        23908041456044

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
In Re

DAVID HERZ,                          Case No. 11-42921 (CEC)

            Debtor.
--------------------------------X

### ORDER SETTLING AND ALLOWING TRUSTEE'S FINAL REPORT AND ACCOUNT AND AWARDING FINAL COMPENSATION TO THE TRUSTEE AND THE ATTORNEYS FOR THE TRUSTEE

WHEREAS, on March 28, 2018, Richard E. O'Connell (the "Trustee"), trustee in bankruptcy, submitted to the United States Trustee his Trustee's Final Report and Account (the "Final Account"), including his application for final award of trustee's commissions of $6,084.02 (the "Commission Application"); and also submitted the Application of Law Offices of Moshie Solomon, P.C., Attorney for the Trustee, for final allowance of attorney's fees and expenses (the "Attorney's Fee Application"), in the respective amount of $42,560 and $250.18; and

WHEREAS, on April 3, 2018, the United States Trustee filed a Statement of No Objection to the Final Account, including the Commission Application, and to the Attorney's Fee Application; and

WHEREAS, the Final Account and the Attorney's Fee Application were filed on the Docket of this Court on April 3, 2018, and April 5, 2018, respectively;  and

WHEREAS, Notice of the Filing of the Final Account, including the Commission Application, and of the Attorney's

1

Fee Application, and of the Hearing scheduled thereon for May 2, 2018, was filed on April 7, 2018; and such Notice of Filing and of Hearing was served by first class mail upon all parties in interest, as appears from the Certificate of Service filed by Joseph Speetjens, dated April 11, 2018; and

WHEREAS, on April 24, 2018, Michael L. Walker, attorney for Libi Herz, as administratrix for the Decedent's Estate of Debtor David Herz, filed an Affirmation in Opposition to the Attorney's Fee Application (the "Walker Affirmation"); and Libi Herz, as administratrix , filed an Affidavit in Opposition to such Application (the "Herz Affidavit"); and

WHEREAS, on April 30, 2018, Law Offices of Moshie Solomon, P.C., Attorney for the Trustee, filed a Reply to the Walker Affirmation and to the Herz Affidavit;

WHEREAS, this Court finds, on the basis of all of the foregoing facts and circumstances, and having heard argument in respect to the Attorney's Fee Application, and to the papers filed in opposition thereto, that good and sufficient cause has been shown for settlement, approval and allowance of the Final Account, and for the final award of Commissions and of Attorney's Fees and Expenses, as requested in the respective Applications therefor; and for denial of the opposition of Libi Herz to the Attorney's Fee Application;

NOW THEREFORE, it is hereby

ORDERED, that the Trustee's Final Report and Account is settled, approved and allowed.  It is further

ORDERED, that the Trustee, having waived reimbursement of expenses, is awarded commissions in the final amount of $6,084.02.  And it is further

2

Exhibit C

6.  The Trustee has been in contact with the attorney for the Silberman Estate several times since the case has been reopened to ascertain the status of the proceedings in England, and is currently awaiting an update as to the status of such proceedings.  The Trustee has also requested and is awaiting information as to whether the trustee for the Silberman Estate will require any additional documentation, or an Order of this Court requiring turnover of the funds, to facilitate the conclusion of the proceedings in England and allow for the proper distribution of the funds to the Bankruptcy Estate.

7.  For the reasons set forth above, we respectfully submit that there is no cause to dismiss this Chapter 7 Case at this point in time, and a dismissal is not in the best interest of the Bankruptcy Estate nor the creditor thereof.

WHEREFORE, for all the reasons stated herein, the Trustee respectfully requests that the Court deny the Motion, and grant such other and further relief as is just and proper.

Dated:  New York, New York
      January 8, 2015

                               LAW OFFICES OF MOSHIE SOLOMON, P.C.
                               5 Penn Plaza, 23rd Floor
                               New York, NY 10001
                               (212) 594-7070

                               By ___ s/ Moshie Solomon_____
                                   Moshie Solomon

                               *Counsel for Richard E. O'Connell, Chapter 7 Trustee*

3

Moshie Solomon
LAW OFFICES OF MOSHIE SOLOMON, P.C.
5 Penn Plaza, 23rd Floor
New York, NY 10001
(212) 594-7070

*Counsel for Richard E. O'Connell, Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x

In re:                                          Chapter 7
                                                Case No. 11-42921 (CEC)
DAVID HERZ,

                        Debtor.
------------------------------------------------x

## CHAPTER 7 TRUSTEE'S OBJECTION TO DEBTOR'S MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 305(a) AND 707(a) DISMISSING HIS CHAPTER 7 CASE

TO:  THE HONORABLE CARLA E. CRAIG,
     CHIEF UNITED STATES BANKRUPTCY JUDGE

        Richard E. O'Connell, chapter 7 trustee (the "Trustee") for the estate (the "Bankruptcy

Estate") of David Herz (the "Debtor"), by and through his undersigned counsel, submits this

objection to the motion (the "Motion") of the Debtor for entry of an order pursuant to 11 U.S.C.

(the "Bankruptcy Code") §§ 305(a) and 707(a) dismissing the captioned bankruptcy case (the

"Chapter 7 Case"), and respectfully represents as follows:

        1.  The Motion is predicated entirely on the fact that as of the date of the Motion,

all creditors who had filed proofs of claim in this Chapter 7 Case had withdrawn those claims,

and no other creditors had come forth with claims against the Bankruptcy Estate.  The Debtor

argues, therefore, that since there were no creditors seeking a distribution from the Bankruptcy

Estate, the Trustee had no reason to administer the Bankruptcy Estate and the Chapter 7 Case

should be dismissed.

Exhibit E

Case 1-42921-cec Doc 14 Filed 03/21/17 Entered 03/21/17

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------x

Case No. 11-42921

Chapter:

In re:

David Herz

-----------------------------------------x
Debtor(s)

~~APPLICATION IN SUPPORT OF~~ Motion
~~ORDER TO SHOW CAUSE~~

2017 MAR 21 P 13

RECEIVED

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

To the Hon. Judge Craig , Bankruptcy Judge;

I Libi Herz , Movant herein, make this application in ~~support~~

of my Order to Show Cause to seek entry of an Order to:

Vacate an old Order dated back from 2015 to release the funds in England to New York trustee. This Order has still not been put into effect and the money is still in England, and to not lose on the transfer from the Pound I would like it to **Please stay there**.

In support of the relief requested, I hereby allege as follows:

At this time our trial has come to a close, and all claims have been expunged. The 2015 order was made before the trial. I kindly ask as the money ~~is~~ is still in England and there is no money owed to any creditors, that it stays there. The trustee in England has notified me that he has only now just recieved this order. As adminstrator of my Fathers estate I ask you to please grant me the authority to leave the money in England as I am also a citizen of Europe. The trustee will not release the funds to me without ~~your~~ an order from you

WHEREFORE, Movant ~~prays~~ for the entry of an Order to Show Cause granting the relief requested.

By: _Libi Herz_
(Signature of Movant)

Dated:
March 21, 2017

Type or Print Name: Libi Herz

Address: 1148 E. 10th St.
Brooklyn N.Y. 11230

Telephone Number: 917-251-2848

Attached is the letter from my then lawyer on the case which I sent to the England trustee, and he then told me he just recieved the 2015 order. The funds have still not been distributed and I ask ... in this matter. Thank You.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re:

Case No. _11 – 42921_

Chapter _7_

DAVID  HERR Debtor.
--------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on ___6. 2. 2018___, a copy of
(Date of Service/Mailing)

_DESIGNATION  and  STATEMENT  OF ISSUES_
(Title of Document(s) served)

was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an
official depository under the exclusive care and custody of the United States Postal Service
within the State of New York, upon *[below specify the name and mailing address of each party
served]*:

Moshie  Solomon
5 Penn  Plaza  23 Floor
New-York  N.Y. 10001

Richard  O'Connell
P. O. Box  405
Withe Stone, NY 11357

Dated: _6. 1. 2018_

_E. HERR_
Signature
Print name: _1148 E 10 ST_
Address: _Brooklyn NY 11236_

Phone: _3475257229_
Email: _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re:

Case No. 11-42921

Chapter 7

DAVID HERZ Debtor.
-------------------------------------------------------x

## DESIGNATION OF RECORD

**DOCKET NUMBER**        **DESCRIPTION**

| DOCKET NUMBER | DESCRIPTION |
|---|---|
| 58 | TRANSCRIPT |
| 64 | TRANSCRIPT |
| 87 | TRNISCRIPT |
| 89 | TRANICRIPT |
| 90 | TRINCRIPT |
| 93 | TRICRIPT |
| 94 | TRICRIPT |
| 100 | TRICRIPT |
| 107 | TRICRIPT |
| 109 | TRANSCRIPT |
| 113 | TRANSCRIPT |
| 131 | TRANSCRIPT |
| 169 | ORDER |
| 139 | OBJECTION |
| 157 | ORDER |
| 159 | TRUSTEE FINAL REPORT |
| 156 | AFFIRMATION OPPOSITION |
| 164 | AFFIRMATION |
| 165 | AFFIRMATION |
| 125 | MOTION |

6.1.2018

E. HERZ

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------x

In re:                                    Case No.    1-42921

                                          Chapter     7

DAVID HERZ Debtor.
----------------------------------------------------x

## STATEMENT OF ISSUES

Judge Carla E Craig Awarded compensation OF $42.810.18 TO a TRUSTEE his attorney's leven AFTER she ruled all claims were expunged and has MERIT. This is from an inheritance I sill Have Not raid and an additial 6.084.02 But they already recieved $58.000. FOR over 4 years This has dragged on and in The court + script she NOTED That she will keep close eye on the accanting but yet she DID NOT and Let us get Taken advantage of. Like seh promised wald NoT happeen.

Dated:  6.1.2018

Signature     E. HERZ

Print name:   ESTHER HERZ

Address:   1148 E 10 St.
           13 Brooklyn NY 11230

Phone:   347 525 7229

Email:

Official Form 417A (12/15)

[Caption as in Form 416A, 416B, or 416D, as appropriate]

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Libi Herz & Esther Herz
   Administrator of the Estate of David Herz & spouse

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.

☐ Plaintiff
☐ Defendant
☐ Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.

☐ Debtor
☐ Creditor
☐ Trustee
☒ Other (describe) Spouse & daughter of David Herz

### Part 2:  Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Settling & Awarding Compensation to the trustee & Attorneys

2. State the date on which the judgment, order, or decree was entered: May 4, 2018

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Counsel for Richard E. O'Connell, Chapter 7 Trustee.      Attorney: Moshie Solomon
   Law Offices of Moshie Solomon, P.C.
   5 Penn Plaza, 23rd Floor
   New York, N.Y.
   (212) 594-7070

2. Party: Chapter 7 Trustee   Attorney: Richard O'connell
   Yost & O'connell
   Post Office Box 405
   Whitestone, N.Y. 11357
   (917) 671-7530

041415                              23908041456026

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

*Libi Herz,   E. Herz*                              Date: 5|18|18

Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
Libi & Esther Herz
114-8 E. 10 St.
Brooklyn N.Y. 11230
(917) 251-2848

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

CLERK
U.S. BANKRUPTCY COURT **UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF
NEW YORK   **EASTERN DISTRICT OF NEW YORK**

2018 MAY 18 P 2: 45   **CIVIL COVER SHEET**

This form is REQUIRED for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

RECEIVED

IN RE: Bankruptcy Case No. _11-42921-cec_ Adv. Pro. No. *(if applicable)*_____.

## Bankruptcy Appeal

APPELLANTS

Libi Herz, Esther Herz

APPELLEES

Moshie Solomon, &
Richard E. O'Connell

ATTORNEYS (FIRM NAME, ADDRESS, TEL. NO.)

ATTORNEYS (IF KNOWN)

BASIS OF JURISDICTION: Federal Question

CAUSE OF ACTION - 28:1334 Bankruptcy Appeal *(Write brief statement of cause.)* Judge Carla E. Craig
awarded compensation of $42,810.18 to a trustee & his attorney's
even after she had ruled all claims were expunged and had no merit.
This is from an inheritance I still have not recieved. And an additional $6,084.00,
but they already recieved $58,000+. For over 4 years this has dragged on and in the
NATURE OF SUIT: 422 Bankruptcy Appeal (801) Court script she noted that she will keep close eye on the
accounting but yet she did not and let us get taken advantage of, like she promised
would not happen.

RELATED CASE(S) IN DISTRICT COURT, IF ANY

DISTRICT JUDGE_____   DOCKET NUMBER_____

*CIVIL CASES ARE DEEMED RELATED IF PENDING CASE INVOLVED:*

☐ *1. PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT*
☐ *2. SAME ISSUE OF FACT OR GROWS OUT OF THE SAME TRANSACTION*
☐ *3. VALIDITY OR INFRINGEMENT OF THE SAME PATENT COPYRIGHT OR TRADEMARK*

Date: _5/18/18_   Signature of Attorney of Record: Libi Herz   E.Herz
*[or Appellant Pro Se]*

*FOR COURT USE ONLY*

APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

041415   23908041456017

**CIVIL COVER SHEET, Bankruptcy Appeal (cont'd)**

Did the cause of action arise in Nassau or Suffolk County?_____

If YES, please indicate which county:_____

---

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.

YES ☐                     NO ☑

Are you currently the subject of any disciplinary action(s) in this or any other state or federal court?

YES ☐ (If yes, please explain)          NO ☐

---

---

---

Please provide your bar code and e-mail address below. Your bar code consists of the initials of your first and last name and the last four digits of your social security number, or any other four-digit number registered by the attorney with the Clerk of Court. This information must be provided pursuant to local rule 11.1(b) of the local civil rules.

Attorney Bar Code:_____

E-Mail Address:_____

USBC-84 [r.4/10/03]]

041415        23908041456017