| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **David Herz** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–0419** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of New York** | | Date case filed for chapter   **7**   **4/8/11** |
| Case number:   **1–11–42921–cec** | | |

# TRANSMITTAL OF ADDITIONAL RECORD ON APPEAL

**TO THE CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK:**

A Notice of Appeal was filed on May 18, 2018 by Libi Herz and Esther Herz, appealing Order Settling, Approving and Allowing Trustee's Final Report and Account and Awarding Final Compensation, Commissions and Reimbursement of Expenses, document number 169.

Pursuant to Bankruptcy Rule 8010(b)(1), the following additional documents are being transmitted:

ECF Nos: 37, 39, 46, 53, 56, 58, 59, 61, 64, 69, 80, 85, 87, 89, 90, 93, 94, 100, 107, 109, 113, 125, 128, 131, 147, 152, 153, 156, 157, 159, 160, 164, 165, 167, 169, 174, 176–179

Proof of Claim Nos. 6 and 7

Dated: June 19, 2018                                                                                 Robert A. Gavin, Jr., Clerk of Court

                                                                                                                    By: s/M. Mendieta

                                                                                                                    Deputy Clerk

**BLadroap.jsp** [Transmittal of Additional Record on Appeal 04/17/17]