# Notice Recipients

District/Off: 0207−1     User: mmendieta     Date Created: 6/19/2018
Case: 1−11−42921−cec     Form ID: 770     Total: 28

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr     JPMorgan Chase Bank, National Association
cr     U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust
intp     Libi Herz

TOTAL: 3

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPRegion02.BR.ECF@usdoj.gov
tr     Richard E. O'Connell     macrhi@verizon.net
aty     Andrew David Goldberg     Bkmail@rosicki.com
aty     Bernard D'Orazio     bdorazio@dorazio−law.com
aty     Bruce Weiner     courts@nybankruptcy.net
aty     Donald F Campbell, Jr     dcampbell@ghclaw.com
aty     Joseph H. Lemkin     jlemkin@stark−stark.com
aty     Michael L. Walker     mwalker@michaelwalkerlaw.com
aty     Moshie Solomon     msolomon@moshiesolomonlaw.com
aty     Nicole Kolczynski     rocbkcourt@LOGS.com
aty     Richard Klass     richklass@courtstreetlaw.com
aty     Richard Lambert     rlambert@flwlaw.com
aty     Richard E. O'Connell     macrhi@verizon.net
aty     Seung Woo Lee     slee@rlesterlaw.com

TOTAL: 14

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     David Herz     1148 East 10th Street     Brooklyn, NY 11230
cr     Diligentsia Capital Group LLC c/o Recovery Management Systems Corporat     25 SE 2nd Avenue, Suite 1120     Miami, FL 33131−1605
cr     Joseph Bogatz     c/o Bernard D'Orazio & Associates, P.C,     100 Lafayette Street     Suite 601     New York, NY 10013
intp     Peter Robert Alfred Birchwood, Estate Administrator for the Estate of Ellen Ruth Silberman     Donald F. Campbell, Jr., Esq.     125 Half Mile Road, Suite 300     c/o Giordano, Halleran & Ciesla, PC     Red Bank, NJ 07701
cr     PYOD LLC     c/o Resurgent Capital Services     P O Box 19008     Greenville, SC 09602
cr     Lexington Insurance Company     Wilson Elser Moskowitz Edelman & Dicker     1133 Westchester Ave     White Plains
intp     Libi Herz     1148 E 10 St     Brooklyn, NY 11230
intp     Esther Herz     1148 East 10th Street     Brooklyn, NY 11230
cr     JPMorgan Chase Bank, National Association     Shapiro, DiCaro & Barak, LLC     175 Mile Crossing Boulevard     Rochester, NY 14624
aty     Rawle Pantaleon     175 Crown St     Brooklyn, NY 11225
aty     Richard Lambert     Frenkel Lambert Weiss Weisman & Gordon     One Whitehall Street     20th Floor     New York, NY 10004

TOTAL: 11