CLERK
U.S. BANKRUPTCY COURT   UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
NEW YORK   EASTERN DISTRICT OF NEW YORK

2018 MAY 18 P 2: 45   **CIVIL COVER SHEET**

This form is REQUIRED for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

RECEIVED

IN RE: Bankruptcy Case No. 11-42921-cec   Adv. Pro. No. *(if applicable)* _____.

## Bankruptcy Appeal

| APPELLANTS | APPELLEES |
|---|---|
| Libi Herz, Esther Herz | Moshie Solomon, & Richard E. O'Connell |

| ATTORNEYS (FIRM NAME, ADDRESS, TEL. NO.) | ATTORNEYS (IF KNOWN) |
|---|---|
| | |

BASIS OF JURISDICTION: Federal Question

CAUSE OF ACTION - 28:1334 Bankruptcy Appeal *(Write brief statement of cause.)* Judge Carla E. Craig awarded compensation of $42,810.18 to a trustee & his attorney's even after she had ruled all claims were expunged and had no merit. This is from an inheritance I still have not recieved. And an additional $6,084.02, but they already recieved $58,000+. For over 4 years this has dragged on and in the court script she noted that she will keep close eye on the accounting but yet she did not and let us get taken advantage of, like she promised would not happen.

NATURE OF SUIT: 422 Bankruptcy Appeal (801)

RELATED CASE(S) IN DISTRICT COURT, IF ANY

DISTRICT JUDGE _____   DOCKET NUMBER _____

*CIVIL CASES ARE DEEMED RELATED IF PENDING CASE INVOLVED:*

☐ *1. PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT*
☐ *2. SAME ISSUE OF FACT OR GROWS OUT OF THE SAME TRANSACTION*
☐ *3. VALIDITY OR INFRINGEMENT OF THE SAME PATENT COPYRIGHT OR TRADEMARK*

Date: 5/18/18   Signature of Attorney of Record: *[signatures]* L. Herz   E. Herz
*[or Appellant Pro Se]*

**FOR COURT USE ONLY**

APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**CIVIL COVER SHEET, Bankruptcy Appeal** (cont'd)

Did the cause of action arise in Nassau or Suffolk County?_____

If YES, please indicate which county:_____

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.

YES ☐          NO ☑

Are you currently the subject of any disciplinary action(s) in this or any other state or federal court?

YES ☐ (If yes, please explain)          NO ☐

Please provide your bar code and e-mail address below. Your bar code consists of the initials of your first and last name and the last four digits of your social security number, or any other four-digit number registered by the attorney with the Clerk of Court. This information must be provided pursuant to local rule 11.1(b) of the local civil rules.

Attorney Bar Code:_____

E-Mail Address:_____

USBC-84 [r.4/10/03]]

Official Form 417A (12/15)

[Caption as in Form 416A, 416B, or 416D, as appropriate]

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Libi Herz & Esther Herz Administrator of the Estate of David Herz & spouse

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☒ Other (describe) Spouse & daughter of David Herz

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Settling & Awarding Compensation to the truste & Attorneys
2. State the date on which the judgment, order, or decree was entered: May 4, 2018

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Counsel for Richard E. O'Connell, Chapter 7 Trustee  Attorney: Moshie Solomon
   Law Offices of Moshie Solomon, P.C.
   5 Penn Plaza, 23rd Floor
   New York, N.Y.
   (212) 594-7070

2. Party: Chapter 7 Trustee  Attorney: Richard O'Connell
   Yost & O'Connell
   Post Office Box 405
   Whitestone, N.Y. 11357
   (917) 671-7530

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

*Libi Herz, E. Herz*  Date: 5|18|18
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
Libi & Esther Herz
1148 E. 10 St.
Brooklyn N.Y. 11230
(917) 251-2848

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
In Re

DAVID HERZ,                              Case No. 11-42921 (CEC)

              Debtor.
---------------------------------X
```

**ORDER SETTLING AND ALLOWING TRUSTEE'S FINAL REPORT AND
ACCOUNT AND AWARDING FINAL COMPENSATION TO THE TRUSTEE AND
THE ATTORNEYS FOR THE TRUSTEE**

WHEREAS, on March 28, 2018, Richard E. O'Connell (the "Trustee"), trustee in bankruptcy, submitted to the United States Trustee his Trustee's Final Report and Account (the "Final Account"), including his application for final award of trustee's commissions of $6,084.02 (the "Commission Application"); and also submitted the Application of Law Offices of Moshie Solomon, P.C., Attorney for the Trustee, for final allowance of attorney's fees and expenses (the "Attorney's Fee Application"), in the respective amount of $42,560 and $250.18; and

WHEREAS, on April 3, 2018, the United States Trustee filed a Statement of No Objection to the Final Account, including the Commission Application, and to the Attorney's Fee Application; and

WHEREAS, the Final Account and the Attorney's Fee Application were filed on the Docket of this Court on April 3, 2018, and April 5, 2018, respectively;  and

WHEREAS, Notice of the Filing of the Final Account, including the Commission Application, and of the Attorney's

Fee Application, and of the Hearing scheduled thereon for May 2, 2018, was filed on April 7, 2018; and such Notice of Filing and of Hearing was served by first class mail upon all parties in interest, as appears from the Certificate of Service filed by Joseph Speetjens, dated April 11, 2018; and

WHEREAS, on April 24, 2018, Michael L. Walker, attorney for Libi Herz, as administratrix for the Decedent's Estate of Debtor David Herz, filed an Affirmation in Opposition to the Attorney's Fee Application (the "Walker Affirmation"); and Libi Herz, as administratrix , filed an Affidavit in Opposition to such Application (the "Herz Affidavit"); and

WHEREAS, on April 30, 2018, Law Offices of Moshie Solomon, P.C., Attorney for the Trustee, filed a Reply to the Walker Affirmation and to the Herz Affidavit;

WHEREAS, this Court finds, on the basis of all of the foregoing facts and circumstances, and having heard argument in respect to the Attorney's Fee Application, and to the papers filed in opposition thereto, that good and sufficient cause has been shown for settlement, approval and allowance of the Final Account, and for the final award of Commissions and of Attorney's Fees and Expenses, as requested in the respective Applications therefor; and for denial of the opposition of Libi Herz to the Attorney's Fee Application;

NOW THEREFORE, it is hereby

ORDERED, that the Trustee's Final Report and Account is settled, approved and allowed.  It is further

ORDERED, that the Trustee, having waived reimbursement of expenses, is awarded commissions in the final amount of $6,084.02.  And it is further

ORDERED, that the Law Offices of Moshie Solomon, P.C., Attorney for the Trustee, is awarded attorney's fees and reimbursement of expenses in the respective amounts of $42,560 and $250.18.

Dated: Brooklyn, New York
May 4, 2018



Carla E. Craig
United States Bankruptcy Judge

# Notice Recipients

District/Off: 0207−1         User: tguzman           Date Created: 5/18/2018
Case: 1−11−42921−cec         Form ID: pdf000         Total: 32

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
intp        Libi Herz
                                                                              TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee       USTPRegion02.BR.ECF@usdoj.gov
tr       Richard E. O'Connell        macrhi@verizon.net
aty      Moshie Solomon              msolomon@moshiesolomonlaw.com
aty      Richard E. O'Connell        macrhi@verizon.net
                                                                              TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
intp       Libi Herz         1148 E 10 St          Brooklyn, NY 11230
intp       Esther Herz       1148 East 10th Street        Brooklyn, NY 11230
8265969    Alan J. Sasson, Esq.     Law Office of Alan J. Sasson, PC     1669 East 12 Street       Brooklyn, NY 11229
7150960    Amex         P.O. Box 981537      El Paso, TX 79998
7150961    Bank Of America      Po Box 1598       Norfolk, VA 23501
7150962    Cap One       Po Box 85520       Richmond, VA 23285
7150963    Chase        N54 W 13600 Woodale Dr        Mennomonee, WI 53051
7150964    Chase        Po Box 15298       Wilmington, DE 19850
8498453    Chase Bank USA, N.A.       c/o Kevin C. Driscoll, Jr.,     Barnes & Thornburg LLP,     1 North Wacker Drive, Suite 4400,      Chicago, IL 60606
7150965    Chase Mtg        10790 Rancho Berna        San Diego, CA 92127
7164768    Diligentsia Capital Group LLC      c/o Recovery Management Systems Corp.      25 S.E. 2nd Avenue, Suite 1120       Miami, FL 33131−1605
8612935    JPMorgan Chase Bank, National Association       c/o Parker, Ibrahim & Berg LLC       270 Davidson Avenue       Somerset, NJ 08873
8861130    JPMorgan Chase Bank, National Association       c/o Shapiro, DiCaro & Barak, LLC       175 Mile Crossing Boulevard       Rochester, NY 14624
7186821    Joseph Bogatz       c/o Bernard D'Orazio & Associates, P.C.      100 Lafayette Street−Suite 601       New York, New York 10013−4400
7150966    Joseph Bogatz       c/o Bernard D'Orazio, PC       100 Lafayette St.,Ste.601       New York, NY 10013
8361454    LVNV Funding LLC its successors and assigns      c/o Resurgent Capital Services      PO Box 10587       Greenville, SC 29603−0587
8485729    Lexington Insurance Company       David L. Tillem       Wilson Elser      1133 Westchester Ave       White Plains, NY 10604
8494211    Lexington Insurance Company       c/o Frenkel Lambert Weiss      Weisman & Gordon, LLP       One Whitehall Street, 20th Floor      New York, NY 10004
8602818    Lexington Insurance Company −       Frenkel Lambert Weiss Weisman & Gordon       One Whitehall Street, 20th Floor      New York, New York 10004
8598390    Libi Herz        1148 E 10 St        Brooklyn NY 11230
9036169    Libi Herz as administratrix of Debtor's       Estate       c/o Michael L. Walker, Esq.      9052 Fort Hamilton Parkway       Brooklyn, New York 11209
7150967    NYC Water Board        P.O. Box 410        New York, NY 10008
7201079    New York City Water Board        Department of Environmental Protection      59−17 Junction Blvd        Bankruptcy Unit, 13th Floor       Flushing NY 11373
8361455    PYOD LLC its successors and assigns      c/o Resurgent Capital Services      PO Box 19008       Greenville, SC 29602
8290584    Peter Robert Alfred Birchwood,      Estate Administrator for the       Estate of Ellen Ruth Silberman       c/o Giordano, Halleran & Ciesla, P.C.      125 Half Mile Road, Suite 300       Red Bank, N.J. 07701
7150968    Sheriff, City of New York      210 Joralemon St., Rm.909       Brooklyn, NY 11201
9010686    U.S. Bank Trust, N.A., as Trustee for      LSF9 Master Participation Trust       c/o Rosicki, Rosicki & Associates, P.C.       51 East Bethpage Road       Plainview, NY 11803
                                                                              TOTAL: 27

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: cteutonic | Date Created: 5/18/2018 |
| Case: 1−11−42921−cec | Form ID: pdf000 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      USTPRegion02.BR.ECF@usdoj.gov
tr      Richard E. O'Connell      macrhi@verizon.net
aty      Moshie Solomon      msolomon@moshiesolomonlaw.com
aty      Richard E. O'Connell      macrhi@verizon.net

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
     Libi & Esther Herz      1148 E 10 St      Brooklyn NY 11230

TOTAL: 1