118-CV-02991-RRM     7/18/18

To: The Honorable Judge Mauskopf,

I Libi Herz and Esther Herz request that you please give us an extention on filing the brief for case number: 118CV02991RRM (Herz vs. Richard E. O'Connell). We were never notified, and did not recieve any mail obtaining your order signed on June 19, 2018.

I have called the court every hear of any updates, and was never told about your order. Only Today July 18, 2018 I spoke to a clerk named Louis in the Pro-SE department, who notified me about the order. He advised me to request a time extention.

I would appreciate your help and consideration, in this matter. Thank you for your time.

RECEIVED JUL 19 2018 PRO SE OFFICE

PLEASE ALSO see ATTACHED CK FOR REFUND
That He MAKE MISTAKE!!

Sincerely,
Libi & Esther Herz
*Libi Herz*

I Have MAILED A COPY OF THIS LETTER
TO: MR. moshi SOLOMON   MR. O'Connell Richard
MR. P.O. Box 405   5 PENN PLAZA NY,NY 10001
WITH STONE NY 11357

TO: CHASE    7/18/18
Cardmember service
Attn: Cristal
Fax: 888-643-9628
Tel: 866-339-8391

I Libi Herz give authorization to the trustee Mr. Richard E. O'Connell, to speak on my behalf in regards to returning the amount of money you recieved from him. His phone number is (917) 671-7530

The bank account information is as follow:
TD Bank
Estate of David Herz
Libi Herz (Administrator)
026013673 — 4321130851

Thank You for your help and cooperation in this matter I greatly appreciate you, returning me the money.
(Please see Attached documents)

Best,
Libi Herz

June 19, 2018

Case No.:     111-42921-CEC

This states that Libi Herz, on this 19th day of June in the year 2018, has received a check through this office from Richard E. O'Connell, Trustee in the amount of $1,538.05. Thank you.

_____   PRO SE
Libi Herz

_____
Elizabeth Graves, as witness

---

Rabobank, N.A.
Santa Maria, CA
Phone 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 for Rabobank Specialty Deposits

Case: 111-42921-CEC    Debtor: HERZ DAVID
5010527765

This is reissued check, replacing stopped check #108 reported by M. Walker as not received and not cashed by Post Office to Trustee.

One Thousand Five Hundred Thirty-Eight Dollars and 05/100

Pay to the Order of: Libi Herz as Administratrix Estate of David Herz
c/o Michael L. Walker, Esq.
9052 Fort Hamilton Pkwy, 2nd Flr
BROOKLYN NY 11209

TID #520765
RICHARD E. O'CONNELL
Yost & O'Connell
Post Office Box 495
WHITESTONE NY 11357

VOID AFTER 90 DAYS    109
90-3715 / 1222

Date: 06/11/2018    $ *******1,538.05

_____ Trustee
RICHARD E. O'CONNELL, Trustee

⑈000000109⑈ ⑆122737159⑆ 5010527766⑈