Case #1:18cv02991-RRM (Herz vs. Richard O'connell) 8/8/18

Case 1:18-cv-02991-RRM Document 5 Filed 08/13/18 Page 1 of 3 PageID #: 1021

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
AUG 13 2018
BROOKLYN OFFICE

To: The honorable Judge Mauskopf,

On July 18, 2018 I Libi Herz and Esther Herz wrote a letter to you requesting an extention of time for filing of the brief. We have still not heard back.

Unfortunately on July 25, 2018 my mother Esther Herz was in a severe car accident. She broke her leg in 3 places and is awaiting surgery. She has been admitted into the hospital and is completely immoble. Please find the attached letter from doctor J. Passick of Orthopaedic surgery stating she will likely be immoble for at least 3 months, and requires surgery.

We kindly request that you please put the entire case on hold for a minimum of 90 days. This situation has taken a great toll on our lives and would greatly appreciate your help in this matter. I have already contacted the court by phone and was advised to write a letter. I am the only child taking care of her, and constantly at her bed side.

Sincerely,
Libi + Esther Herz

I have mailed a copy of this letter to Moshie Solomon 5 Penn Plaza, 23rd Floor N.Y., N.Y. 10001 and to Richard E. O'connell P.O. Box 405, 150-12 14th Avenue, Whitestone, N.Y. 11357

**NYC HEALTH+HOSPITALS | Coney Island**

2601 Ocean Parkway
Brooklyn, New York 11235
Tel. 718-616-3000

Date: 7/26/18

To Whom It May Concern:

Please be advised that _Esther Herz_ has been a patient at Coney Island Hospital since _7/25/18_.
Therefore, please excuse any absences he/she may have.

Thank you,

SPECIAL
INSTRUCTIONS: _____

Esther had a severe motor vehicle accident. She will require surgery in the near future. She will have limited mobility for at least 3 weeks.

SIGN: _____
J. PASSICK, MD LIC# 163191
#720326; DEA# BP1591444
ORTHOPAEDIC SURGERY

Attn: Pro Se Department / Judge Mauskopf

U.S. District Court
Eastern District of New York
225 Cadman Plaza E,
Brooklyn, N.Y. 11201

Libi Herz
114 Bay 10th St.
Brooklyn, N.Y.

2601 Ocean Parkway
Brooklyn, NY 11235

NYC HEALTH + HOSPITALS
Coney Island