UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
LIBI HERZ and ESTHER HERZ,
        Appellants,

   -against-                               **MEMORANDUM AND ORDER
                                                  SETTING BRIEFING
                                                     SCHEDULE**
                                                   18-CV-2991 (RRM)

RICHARD O'CONNELL and CHAPTER 7
TRUSTEE,
        Appellees.
-------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge.

      The above-captioned bankruptcy appeal was filed on May 21, 2018 and has been assigned to Judge Roslynn R. Mauskopf. By letters dated June 13, 2018 (Doc. No. 2), July 18, 2018 (Doc. No. 4), and August 8, 2018 (Doc. No. 5), *pro se* appellants Libi Herz and Esther Herz requested extensions of the time to file their appellate brief. The Court GRANTS those requests, *nunc pro tunc* to June 13, 2018. As such, the time has not yet expired for the Herz's to file their brief.

      The parties will comply with the following briefing schedule:

      **Appellants** shall serve their brief on appellee by April 30, 2019.

      **Appellees** shall serve their response on appellants by May 30, 2019.

      **Appellants** shall serve their reply on appellee, and file the fully-briefed appeal, by June 17, 2019.

      The Clerk of Court is directed to mail copies of this Memorandum and Order to Libi Herz and Esther Herz, together with a copy of the entire docket sheet for this action, and note the mailing on the docket.

|  |  |
|---|---|
| | SO ORDERED. |
| Dated: Brooklyn, New York<br>March 20, 2019 | *Roslynn R. Mauskopf*<br>_____<br>ROSLYNN R. MAUSKOPF<br>United States District Judge |